IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Criminal Action No. 5:17-CR-20

DR. RONALD F. CHALIFOUX, JR.,

    Defendant.

## REPORT AND RECOMMENDATION

**I.**     **INTRODUCTION**

On June 6, 2017, the Grand Jury named Defendant, Dr. Ronald F. Chalifoux, Jr. in a thirty-two count indictment. Counts 1-11 and 23-26 of the indictment charge him with health care fraud. Counts 12-18 charge him with mail fraud. Counts 19-22 charge him with wire fraud. Counts 27, 28, 30, and 32 charge him with distribution of oxycodone. Counts 29 and 31 charge him with distribution of methadone. There is also a forfeiture allegation. An Order was entered on July 25, 2017, dismissing Counts 27-32 pursuant to a motion by the Government.

This case is now before the Court on Defendant's [ECF No. 31] Motion to Dismiss the Indictment or, in the Alternative, to Suppress Evidence Obtained from the Yahoo Search Warrant. The Court held a hearing on this motion on March 14, 2018. The Defendant appeared in person and by his counsel Elgine H. McArdle, Esq., and Ronald W. Chapman, II, Esq. The Government appeared through its counsel Robert H. McWilliams, Jr., Esq.

At the hearing, counsel for Defendant advised the Court that the Government recently turned over to them some 12,000 e-mails that they need to review before they can adequately argue their motion. Accordingly, they asked the Court for time to do so.

## II. DECISION

The Court recommends that Defendant's [ECF No. 31] Motion to Dismiss the Indictment or, in the Alternative, to Suppress Evidence Obtained from the Yahoo Search Warrant is hereby **DENIED AS MOOT WITHOUT PREDJUICE**. The Court ordered Counsel for Defendant to file a new motion on or before Wednesday, April 4, 2018. The Court further instructed the Government reply to any such motion on or before Monday, April 16, 2018. If a motion is filed, the Court will hold a hearing to address it at 1:30 p.m. on Tuesday, April 17, 2018.

Any party who appears *pro se* and any counsel of record, as applicable, may, within fourteen days after being served with a copy of this Report and Recommendation, file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.

A copy of such objections should be submitted to the District Court Judge of Record. Failure to timely file objections to the Order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Order. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985): *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a copy of this Report and Recommendation to parties who appear *pro se* and all counsel of record, the United States Marshal Service, and the United States Probation Office, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Dated: March 20, 2018   /s/ *James E. Seibert*
　　　　　　　　　　　　　JAMES E. SEIBERT
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE